94–2762. Bielefeld v. State Farm Mut. Ins. Co. *Cuyahoga County*, No. 67093. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective December 18, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

95–526. Morton Internatl., Inc. v. Continental Ins. Co. *Hamilton County*, No. C–930613. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the joint application for dismissal of appeal and cross-appeal,

IT IS ORDERED by the court that the application for dismissal of appeal and cross-appeal be, and hereby is, granted, effective December 18, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

95–1867. Visicon, Inc. v. Tracy. Board of Tax Appeals, No. 94–K–730. Reported at 74 Ohio St.3d 1467, 657 N.E.2d 280.

IT IS ORDERED by the court that the motion for reconsideration of the dismissal of this case for want of prosecution be, and hereby is, denied, effective December 18, 1995.

95–2009. State ex rel. Goodyear Tire & Rubber Co. v. Indus. Comm. *Franklin County*, No. 94APD09–1344. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due November 27, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective December 18, 1995.

95–2121. Walls v. Butler Cty. Sheriff. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective December 18, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

95–2146. State v. Voorhies. *Guernsey County*, No. 94CA8. This cause is pending before the court as an appeal from the Court of Appeals for Guernsey County. It appears from the records of this court that appellant has not filed a merit brief, due December 5, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective December 18, 1995.